**Order entered November 29, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00492-CR

### GILBERT MARTINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-75492-V**

## ORDER

Before the Court is appellant's November 18, 2022 second motion to extend the time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **December 16, 2022**. If appellant fails to file his brief by December 16, 2022, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/     LANA MYERS
        JUSTICE